UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                                Crim. File No. 08-14 (MJD/SRN)

(1) CHRISTIAN HERNANDEZ-SELDANA,
(2) RAMIRO CUEVAS-MARTINEZ,
(3) EDDY MEDINA-GARZA,
(4) FELIZ MURGUIA-GARCIA, and
(5) PHAT MINH NGUYEN,

      Defendants.

_____

Steven L. Schleicher, Assistant United States Attorney, Counsel for Plaintiff United States of America.

Jordan S. Kushner, Law Office of Jordan S. Kushner, Counsel for Defendant Ramiro Cuevas-Martinez.

_____

      The above-entitled matter comes before the Court upon Defendant Ramiro

Cuevas-Martinez's Appeal of the Order of United States Magistrate Judge Susan

Richard Nelson dated March 21, 2008 [Docket No. 120].  Cuevas-Martinez

1

appeals the portion of the Order denying his Motion for Severance of Defendants [Docket No. 83].

This Court will reverse a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.2(a).

The Court has reviewed the applicable law and Defendant's objections and finds that the Magistrate Judge correctly applied the law and that the Order is not clearly erroneous. Based on this Court's review of the record, the Court **AFFIRMS** the Magistrate Judge's Order dated March 21, 2008.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

The Order of United States Magistrate Judge Susan Richard Nelson dated March 21, 2008 [Docket No. 120] is **AFFIRMED**.

Dated: May 28, 2008  s / Michael J. Davis
Judge Michael J. Davis
United States District Court